IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**MARCINO PIGRAM,**

    **Plaintiff,**

**v.**                                               **Case No. 2:23-cv-02404**

**CITY OF MEMPHIS, and
ROBERT DEIBEL**

    **Defendants.**

## NOTICE TO TAKE DEPOSITION OF MARCINO PIGRAM

Notice is hereby given, pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, that the testimony of the below named person will be taken by deposition upon oral examination for the purpose of discovery and for use in evidence, or such other use as the Court may order either upon its own motion or upon application of any party or for all said purposes, either in suits, now or hereafter pending in any court of record in this state, including suits appealed to such courts.

The deponent will be examined regarding any matter, not privileged, which is relevant to the claim or defense of the examining party or to the claim or defense of any other party, including the existence, description, nature, custody, condition, and location of any books, documents, other tangible things, the identity/location of persons having knowledge of relevant facts and documents

The deponent, the date, time and place of the deposition, which will continue from day to day until completed, are as follows:

| | |
|---|---|
| DEPONENT: | Marcino Pigram |
| DATE OF EXAMINATION: | May 15, 2024 |
| TIME OF EXAMINATION: | 10:00 a.m. |
| PLACE OF EXAMINATION: | Law Offices of Libby & Nahmias<br>5384 Poplar Avenue, Suite 410<br>Memphis, Tennessee 38119 |

Respectfully submitted,

**THE LAW OFFICES OF LIBBY & NAHMIAS**

_____
Stephen F. Libby (#15542)
5384 Poplar Ave., Ste. 410
Memphis, Tennessee 38119
(901) 343-0777

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document been served upon:

>Terrell Tooten
>Attorney for Plaintiff
>5744 Rayben Circle
>Memphis, TN 38115
>901-609-3622
>attorneyterrelltooten@gmail.com
>
>Joseph M. Fletcher
>Assistant City Attorney
>Attorney for Defendant
>125 N. Main Street, Rm 336
>Memphis, TN 38103
>JosephM.Fletcher@memphistn.gov

via E-Mail and U.S. Mail, postage prepaid this the 2nd day of April, 2024.

_____
STEPHEN F. LIBBY